

**Order Filed on July 6, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> Ronald I. LeVine, Esq. <br> 210 River Street, Suite 11 <br> Hackensack, New Jersey 07601 <br> Attorney for Debtors | |
| In Re: <br><br> TROY PANFILE | Case No.: 18-14124 JKS <br><br> Chapter: 13 <br><br> Judge: Sherwood |

Recommended Local Form       ___ Followed       X Modified

ORDER AUTHORIZING AND APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 6, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the Debtor's motion for authorization to sell the real property on shortened Notice Free and Clear of Liens, commonally known as 260 RAMAPO VALLEY RD. MAHWAH, NJ, NJ (the Real Property),

**IT IS** hereby **ORDERED** as follows:

1. The debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§363(b) and 1303, and also free and clear of the following five judicial liens: TD Auto Finance, LLC J-049847-2017; State of New Jersey Certif. Of Debt DJ-005155-2014; State of New Jersey Certif. Of Debt DJ-173287-2014; Valley National Bank DJ-033253-2015; Midland Funding, LLC DJ-101006-2017.

2. The net proceeds may be used to satisfy the first mortgage lien on the Real Property.

3. The motion included a request that the following judgment liens shall be discharged and canceled of record pursuant to 11 U.S.C. §522(f) since the sale of this property is a short sale, and the lien of Deutsche National Bank serviced by Ocwen Loan Servicing far exceeds their discounted payoff amount of $262,302 based on the contract sale price of $285,000.

4. Pursuant to LBR 6004-1(b), the Notice of Motion included a request to pay the real estate broker and debtor's real estate attorney at closing, therefore these professional may be paid at closing.

5. Other closing fees payable by the debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing

6. A copy of the HUD settlement statement shall be forwarded to the Standing Trustee five days after closing.

8. Other provisions: The 14 day stay period under Bank. Rule 6004(h) is hereby waived.