UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

**Order Filed on July 23, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Troy Panfile

Case No.: 18-14124JKS

Chapter: 13

Judge: Hon. Sherwood

### ORDER AUTHORIZING RETENTION OF

The Law Office of Ronald I. LeVine

The relief set forth on the following page is **ORDERED**.

**DATED: July 23, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  The Law Office of Ronald I. LeVine

as  short sale attorney , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  210 River Street
   Suite 11
   Hackensack NJ 07601

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*