UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

**Order Filed on July 23, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Troy Panfile

Case No.: 18-14124JKS

Chapter: 13

Judge: Hon. Sherwood

## ORDER AUTHORIZING RETENTION OF

The Law Office of Ronald I. LeVine

The relief set forth on the following page is **ORDERED**.

**DATED: July 23, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  The Law Office of Ronald I. LeVine
as   short sale attorney  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  210 River Street
   Suite 11
   Hackensack NJ 07601

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Troy Allen Panfile  
    Debtor

Case No. 18-14124-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 24, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.  
db          +Troy Allen Panfile,    146 Wilson Street,    Boonton, NJ 07005-2235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:  
         Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company ajennings@rasflaw.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson Credit Corp rsolarz@kmllawgroup.com  
         Robert Wachtel    on behalf of Debtor Troy Allen Panfile rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
         Ronald I. LeVine    on behalf of Debtor Troy Allen Panfile ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                       TOTAL: 6