| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 30, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    TROY ALLEN PANFILE | Case No.:  18-14124<br><br>Hearing Date:  07/26/2018<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: July 30, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s): TROY ALLEN PANFILE

Case No.: 18-14124JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 07/26/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 7/26/2018 of the plan filed on 03/29/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 08/09/2018 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.