UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street Ste. 11
Hackensack, NJ 07601
201 489-7900

In Re:

TROY PANFILE

Case No.: __18-14124JKS__

Judge: __Sherwood__

Chapter: __13__

## Counsel's CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by __Harley Davidson__, creditor,

    A hearing has been scheduled for __August 23, 2018__, at __11:00__.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____.

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ __$478.56*__, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
*Attached is online account statement provided by client showing 0 balance and a next payment due date of 7/22/18. Client told me alsoon telephone that the copany he works for had paid the arrears fully so that is the basis of completing the $478.56 in para. 2 as that amount was in the Motion for Relief.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 8/20/2018

/s/Robert Wachtel
Debtor's Signature
Counsel's

Date: _____

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



Payments 8/17/18, 8:56 AM

(/RIDER)

MYHDFS | VISIT HARLEY-DAVIDSON.COM
(HTTP://WWW.HARLEY-DAVIDSON.COM)

PAYMENTS
ACCOUNT ACTIVITY (/RIDER/ACCOUNT-ACTIVITY/) | STATEMENTS (/RIDER/STATEMENTS/) | SIGN OUT (/UMBRACO/SURFACE/LOGIN/SIGNOUT)
(/RIDER/PAYMENTS/)

PAYMENTS (/RIDER/PAYMENTS/)  |  PROFILE (/RIDER/PROFILE/)  |  FAQ (/RIDER/FAQ/)  |
CONTACT (/RIDER/CONTACT/)  |

## SCHEDULED MAINTENANCE

HDFS will have a scheduled system maintenance on Sunday, August 19th, 2018 from 12:00 AM to 4:00 AM PST. Your ability to view billing statements during this time may be limited. We apologize for the inconvenience.

# ACCOUNT OVERVIEW

Select an Account:

[ XL1200X FORTY-EIGHT (#20 ⬍ ]

**Principal Balance:**     $4,530.83

**Next Payment Due:**     7/22/2018

Payments

Total Amount Due:

# $0.00

[(/rider/statements)](/rider/statements)

[ MAKE A PAYMENT → ]

# PAYMENT CENTER

## USING HDFS BILLPAY

You can make one-time payments or set-up recurring payments. Processing fees are as follows:

- No fee for recurring HDFS BillPay payments.

- One-time payments on myhdfs.com: You may be charged a processing fee as allowed by your contract and state or federal law; this fee will not exceed $3.00.

- Telephone-assisted HDFS BillPay payment: You may be charged a processing fee as allowed by your contract and state or federal law; this fee will not exceed $12.00.

