UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Harley-Davidson Credit Corp

In Re:
    Troy Allen Panfile,

Debtor.



**Order Filed on September 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.: 18-14124 JKS

Adv. No.:

Hearing Date: 9/13/18 @ 11:00 a.m.

Judge: John K. Sherwood

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 27, 2018**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors: Troy Allen Panfile
Case No: 18-14124 JKS
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Harley-Davidson Credit Corp, Denise Carlon appearing, upon a motion to vacate the automatic stay as to ~~real property~~ 2014 HARLEY-DAVIDSON XL1200X FORTY-EIGHT, VIN: 1HD1LC310EC430911 and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Ronald I. Levine, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 17, 2018, Debtors are due for the payment due September 22, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume September 22, 2018 directly to Secured Creditor, Harley-Davidson Credit Corp, Dept 15129, Palatine, Illinois 60055-5129 ; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.