| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    TROY ALLEN PANFILE |

Order Filed on August 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-14124 JKS

Hearing Date:  8/22/2019

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 27, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  TROY ALLEN PANFILE

Case No.:  18-14124

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/22/2019 on notice to RONALD LEVINE, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments through August to the Trustee's office by 9/5/2019 or the case will be dismissed; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.