Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                   Case No.:  18−14124−JKS
                                   Chapter:  13
                                   Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Troy Allen Panfile
   146 Wilson Street
   Boonton, NJ 07005

Social Security No.:
   xxx−xx−5388

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      8/13/20
Time:     10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney

COMMISSION OR FEES
$4332.49

EXPENSES
$587.49

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☑    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows: $4332.49 the amount of this fee application

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 8, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Troy Allen Panfile  
    Debtor

Case No. 18-14124-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Jul 08, 2020  
                       Form ID: 137      Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.

```
db             +Troy Allen Panfile,    146 Wilson Street,    Boonton, NJ 07005-2235
cr             +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid,
                 6409 Congress Ave, Suite 100,    Boca Raton, FL 33487-2853
r              +Joseph McGreevy,    73 Mountainview Boulevard,    Wayne, NJ 07470-6709
517439240      +American Express,    POB 981537,    El Paso, TX 79998-1537
517461245       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517439236      +Astor Realty Corporation,    700 Pennsylvania,    Avenue,    Lyndhurst, NJ 07071-1620
517439241      +Bank of America,    POB 15220,    Wilmington, DE 19886-5220
517439243      +Citi Com Lending CRP,    POB 769004,    San Antonio, TX 78245-9004
517491278      +Deutsche Bank National Trust Company,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,
                 6409 Congress Ave,    Suite # 100,    Boca Raton Fl. 33487-2853
517364931      +Deutsche Bank, as Trustee for GSAA Equii,    attn: Udren Law Offices,    111 Woodcrest Road,
                 Cherry Hill, NJ 08003-3620
517439238      +Harley Davidson Credit,    5505 N Cumberland,    Avenue #301,    Chicago, IL 60656-4761
517633828      +Harley-Davidson Credit Corp,    Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517404158      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
517439245      +Midland Funding LLC,    Attn: Credit One Bank,    POB 98875,    Las Vegas, NV 89193-8875
517439246      +Midland Funding, LLC,    Attn: Pressler & Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517609059      +NJ State Dept of Labor Wage & Hour Compl,    1 John Fitch Placa,    POB 389,
                 Trenton, NJ 08625-0389
517513696       Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
                 West Palm Beach, FL 33416-4605
517439239      +Ocwen Loan Servicing, LLC,    POB 660264,    Dallas, TX 75266-0264
517439247       TD Auto Finance,    Clifton, NJ
517609060      +TD Auto Finance,    Attn: Deily & Glastetter, LLP,    8 Southwoods Blvd, Suite 207,
                 Albany, NY 12211-2554
517439249      +The Port Authority of NY & NJ,    Attn: Peter C. Merani, PC,
                 1001 Avenue of the Americas, Suite,    1800,    New York, NY 10018-5515
517639278       The Port Authority of New York and New Jersey,    4 WTC, 150 Greenwich St, 24th Floor,
                 New York, NY 10007
517488307      +VNS Loan Services Inc.,    747 Chestnut Ridge Rd,    Chestnut Ridge, NY 10977-6224
517439250      +Valley National Bank,    POB 954,    Wayne, NJ 07474-0954
517609058      +Valley National Bank,    Attn: Schatzman Baker,    731 Alexander Road,    Princeton, NJ 08540-6345
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 00:48:52      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 00:48:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517439242       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 00:41:37      Capital One Bank,
                 15000 Capital One Drive,    Richmond, VA 23238
517467802       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2020 01:05:03
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517439244      +E-mail/Text: ering@cbhv.com Jul 09 2020 00:48:47      Collection Bureau Hudson Valley,
                 155 N Plank Road,    Newburgh, NY 12550-1748
517481368      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2020 00:48:50      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517431212       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:40:35
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (USA), N.A.,    POB 41067,
                 Norfolk VA 23541
517439248       E-mail/Text: bankruptcy@td.com Jul 09 2020 00:48:54      TD Bank, N.A.,    POB 9547,
                 Portland, ME 04112
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517491230       Valley National Bank,    1445 Valley Road,    2nd Floor
517439237*     +Deutsche Bank, as,    Trustee for GSAA Equii,    attn: Udren Law Offices,    111 Woodcrest Road,
                 Cherry Hill, NJ 08003-3620
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2           User: admin              Page 2 of 2               Date Rcvd: Jul 08, 2020
                               Form ID: 137             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson Credit Corp rsolarz@kmllawgroup.com
              Robert  Wachtel    on behalf of Debtor Troy Allen Panfile rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Debtor Troy Allen Panfile ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```