UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River St. Ste. 11
Hackensack, NJ 07601
Attorney for Debtor
RL9395

In Re:

Troy Allen Panfile

Order Filed on August 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-14124JKS

Chapter 13

Judge: Hon. Sherwood

**REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

DATED: August 20, 2020

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Troy Allen Panfile
    Case No. 18-14124JKS
    Revised Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $3745.00 for services rendered and expenses in the amount of $587.49 for a total of $4332.49. The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court
District of New Jersey

In re:  
Troy Allen Panfile  
     Debtor

Case No. 18-14124-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 20, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.  
db           +Troy Allen Panfile,    146 Wilson Street,    Boonton, NJ 07005-2235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:

       Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company ajennings@rasflaw.com  
       Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson Credit Corp rsolarz@kmllawgroup.com  
       Robert Wachtel    on behalf of Debtor Troy Allen Panfile rwachtel@ronlevinelaw.com, ronlevinelawfirm@gmail.com  
       Ronald I. LeVine    on behalf of Debtor Troy Allen Panfile ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                  TOTAL: 7