<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

</td></tr>
</table>

**Order Filed on November 12, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

    TROY ALLEN PANFILE

**Case No.:  18-14124 JKS**

**Hearing Date:  11/12/2020**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 12, 2020**

_Honorable John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  TROY ALLEN PANFILE

Case No.:  18-14124

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

   THIS MATTER having come before the Court on 11/12/2020 on notice to RONALD LEVINE,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $640.00

   starting on 11/1/2020 for the remaining 5 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

   then the case will be dismissed upon certification of the Standing Trustee.