**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on November 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   TROY ALLEN PANFILE

Case No.:  18-14124 JKS

Hearing Date:  11/12/2020

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 12, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): TROY ALLEN PANFILE

Case No.: 18-14124

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/12/2020 on notice to RONALD LEVINE, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $640.00 starting on 11/1/2020 for the remaining 5 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-14124-JKS
Troy Allen Panfile  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Nov 12, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troy Allen Panfile, 146 Wilson Street, Boonton, NJ 07005-2235 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

**Name**     **Email Address**

Aleisha Candace Jennings
    on behalf of Creditor Deutsche Bank National Trust Company ajennings@rasflaw.com

Denise E. Carlon
    on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor Harley-Davidson Credit Corp rsolarz@kmllawgroup.com

Robert Wachtel
    on behalf of Debtor Troy Allen Panfile rwachtel@ronlevinelaw.com ronlevinelawfirm@gmail.com

Ronald I. LeVine
    on behalf of Debtor Troy Allen Panfile ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
               USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7