**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

RONALD I. LeVINE, ESQ.
210 River Street - #11
Hackensack, New Jersey 07601
Tel.  201-489-7900

Ronald I. LeVine, Esq.
Attorney for Debtor, Troy Allen Panfile

In Re:

 TROY ALLEN PANFILE,

　　　　　　Debtor.

Order Filed on June 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No: | 18-14124/JKS |
| Chapter: | 13 |
| Hearing Date: | May 27, 2021 |
| Judge: | John K. Sherwood |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**　　☒ **LIEN**　　☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

DATED: June 1, 2021

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) __N/A__

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: __NJ Dept of Labor Div of Wage & Hour Comp__
    b. Current Assignee: __N/A__
    c. Current Servicer: __N/A__
    d. Date of Mortgage/Lien: __January 9, 2014__
    e. Date of Recordation: __January 9, 2014__
    f. Place of Recordation: __Superior Court Clerk__
       i. Mortgage Book: __Case No. GE-2388-1013-HAR__
       ii. Page: __Judgment No. DJ-005155-2014__
    g. Original Principal Balance of Mortgage/Lien: $ __15,500.00__

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*