**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

RONALD I. LeVINE, ESQ.
210 River Street - #11
Hackensack, New Jersey 07601
Tel.  201-489-7900

Ronald I. LeVine, Esq.
Attorney for Debtor, Troy Allen Panfile

Order Filed on June 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TROY ALLEN PANFILE,

Debtor.

Case No:  18-14124/JKS

Chapter:  13

Hearing Date:  May 27, 2021

Judge:  John K. Sherwood

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

DATED: June 1, 2021

Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)  N/A

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: NJ Dept of Labor Div of Wage & Hour Comp
    b. Current Assignee: N/A
    c. Current Servicer: N/A
    d. Date of Mortgage/Lien: September 17, 2014
    e. Date of Recordation: September 17, 2014
    f. Place of Recordation: Superior Court Clerk
        i. Mortgage Book: Case No. GE-1129-0514-HAR
        ii. Page: Judgment No. DJ-173287-2014
    g. Original Principal Balance of Mortgage/Lien: $ 5,394.86 plua $4,039.49

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*