| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>RONALD I. LeVINE, ESQ.<br>210 River Street - #11<br>Hackensack, New Jersey 07601<br>Tel.  201-489-7900<br><br>Ronald I. LeVine, Esq.<br>Attorney for Debtor, Troy Allen Panfile | Order Filed on June 8, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  TROY ALLEN PANFILE,<br><br>                    Debtor. | Case No:      18-14124/JKS<br>Chapter:            13<br>Hearing Date:   May 27, 2021<br>Judge:       John K. Sherwood |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**      ☒ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 8, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) __N/A__

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: __TD Auto Finance LLC__
    b. Current Assignee: __N/A__
    c. Current Servicer: __N/A__
    d. Date of Mortgage/Lien: __April 4, 2017__
    e. Date of Recordation: __N/A__
    f. Place of Recordation: __Superior Court Clerk__
       i. Mortgage Book: __Docket No. BER-L-16-005810__
       ii. Page: __Judgment No. J-17-049847__
    g. Original Principal Balance of Mortgage/Lien: $ __13,149.91__

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*